UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMIR ALAM, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 19-12603-MGM |
| | * | |
| CHRISTOPHER DONELAN, Sheriff, | * | |
| | * | |
| Respondent. | * | |
| | * | |

## ORDER

December 31, 2019

MASTROIANNI, U.S.D.J.

Immigration detainee Amir Alam ("Alam"), who is confined at Franklin County Jail, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") and paid the filing fee. Alam represents that his removal order became final in October 2014 and that he was most recently taken into immigration custody on July 1, 2019. Alam asserts that he is entitled to release because his removal to Pakistan is not reasonably foreseeable.

Upon review of the Petition, the Court hereby orders:

1.      The Clerk shall serve a copy of the Petition upon Franklin County Sheriff Christopher Donelan and the United States Attorney for the District of Massachusetts.

2.      Respondent shall, no later than Tuesday, January 21, 2020, file a motion for the grant or denial of the Petition and a memorandum in support thereof.

3.      To give the Court time to consider the matter, unless otherwise ordered by the Court, Alam shall not be moved outside the District of Massachusetts without providing the Court 48 hours' advance notice of the move and the reason therefor. Any such 48-hour notice period shall

commence at the date and time such notice is filed and expire 48 hours later, except "[i]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(2)(C).

It is So Ordered.

/s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge